IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02055-MSK-OES

TYRONE W. ALLEN,

       Plaintiff,

v.

DISTRICT COURT MAGISTRATE DIANA JOHNSON DUPREE, and
THE STATE OF COLORADO,

       Defendants.

## ORDER TO CURE DEFICIENCY

Krieger, Judge

      Plaintiff submitted a Notice of Appeal on October 31, 2005 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted (the filing fee for plaintiff is $85.00, 1/3 of the $255 filing fee)

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___  is not on proper form (must use the court's current form)
     ___  is missing original signature by plaintiff/petitioner on motion
     ___  is missing affidavit
     ___  affidavit is incomplete
     ___  is missing original signature by plaintiff/petitioner on affidavit
     ___  affidavit is not notarized or is not properly notarized
     ___  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 1st day of November, 2005.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge